IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  :  Chapter 11
 :
LIPPINCOTT PROPERTIES, INC.  :
 :
 Debtor  :  Bankruptcy No.: 08-17249 (BIF)
 :

## JUDGMENT ORDER DISMISSING CASE

AND NOW, upon consideration of the Acting United States Trustee's Motion to Dismiss and the Debtor's response, if any, it is now, therefore,

ORDERED as follows:

Judgment in accordance with FRBP 9021 is entered in favor of the Acting United States Trustee against the Debtor in the principal sum of $ 325.00/xx , being the minimum amount of the accrued but unpaid fees due to the Acting United States Trustee pursuant to 28 U.S.C. § 1930(a)(6), as amended;

IT IS FURTHER ORDERED that the Acting United States Trustee's Motion to Dismiss is GRANTED and this case is hereby DISMISSED.

The Court shall retain jurisdiction to the extent necessary to enforce the terms of this order upon the filing of a appropriate motion pursuant to 11 U.S.C.§350(b).

_____
HONORABLE BRUCE I. FOX
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Paul                  Page 1 of 1               Date Rcvd: May 29, 2009
Case: 08-17249                Form ID: pdf900             Total Served: 9


The following entities were served by first class mail on May 31, 2009.
db           +Lippincott Properties, Inc.,    181 Cone Avenue,    New York, NY 11722-3530
smg          +City of Philadelphia,    City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,
               1515 Arch Street 15th Floor,    Philadelphia, PA 19102-1504
smg         ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,    P.O. Box 21126,   Philadelphia, PA  19114)
smg           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +U.S. Attorney Office,    c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,
               Philadelphia, PA 19106-4404
11516543     +City of Philadelphia,    Law Department,    1515 Arch Street, 15th Floor,
               Philadelphia, PA 19102-1504
11528088     +Greg Marsh,    c/o Equity Partners Fund XXXVIII, LLC,    2269 First Avenue,
               New York, NY 10035-5063
11516544     +Tae Jang,    c/o William J. Maffucci, Esq.,    1600 Market Street, Suite 3600,
               Philadelphia, PA 19103-7212
11519647     +United States Trustee,    833 Chestnut Street, Room 500,    Philadelphia, PA 19107-4405

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11528087*    +City of Philadelphia,    Law Department,    1515 Arch Street, 15th Floor,
               Philadelphia, PA 19102-1504
11528089*    +Tae Jang,    c/o William J. Maffucci, Esq.,    1600 Market Street, Suite 3600,
               Philadelphia, PA 19103-7212
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 31, 2009**          **Signature:**   *Joseph Speetjens*